COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-16-00848-CV

Trial Court Cause
Number:      2014-10394

Style:      Lion Copolymer Holdings, LLC

     **v.** Lion Polymers, LLC

Date motion filed[*]:      July 27, 2018

Type of motion:      Motion for En Banc Reconsideration

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/** Sherry Radack

     ☐ Acting individually      ☒ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd. Justice Brown voted to grant en banc reconsideration. Justice Caughey not participating.

Date: __December 21, 2018__